The Honorable Benjamin Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| ALLEN CHALFEN<br><br>                Plaintiff,<br><br>   v.<br><br>CLARK COLLEGE,<br><br>                Defendant. | NO. 3:18-CV-05330-BHS<br><br>STIPULATED ORDER OF DISMISSAL OF DEFENDANT CLARK COLLEGE<br><br>**NOTED ON MOTION CALENDAR:**<br><br>**October 21, 2019**<br><br>**(Clerk's Action Requested)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, ALLEN CHALFEN, acting by and through his attorney DAVID GRIGGS, and Defendant, acting by and through ROBERT W. FERGUSON, Attorney General, and EL SHON RICHMOND, Assistant Attorney General, that the above-entitled action as to state

//

//

//

//

Defendant CLARK COLLEGE may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant State of Washington.

DATED this 21st day of October 2019.

ROBERT W. FERGUSON
Attorney General


 */s/ El Shon Richmond*
EL SHON D. RICHMOND, WSBA No. 26813
Assistant Attorney General
Attorney for Defendant
PO Box 40126
Olympia, WA  98504-0126
ElShonR@atg.wa.gov



 */s/ David Griggs*
DAVID GRIGGS, OSB NO. 98243
Attorney for Plaintiff Allen Chalfen
4900 SW Griffin Dr., Ste. 165
Beaverton, OR 97005
david@griggslawpc.com

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED That Defendant CLARK COLLEGE shall be dismissed from the above-entitled action with prejudice and without costs or interest to any party. As all parties have now been dismissed, this matter is hereby dismissed with prejudice.

DONE this 22nd day of October 2019.

_____
BENJAMIN H. SETTLE
United States District Judge

| Presented by: | Approved as to Form and Notice of Presentation Waived: |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General | GRIGGS LAW GROUP, PC |
| */s/ El Shon Richmond*<br>EL SHON RICHMOND, WSBA No. 26813<br>Assistant Attorney General<br>Attorney for Defendant<br>PO Box 40126<br>Olympia, WA 98504-0126<br>ElShonR@atg.wa.gov | */s/ David Griggs*<br>DAVID GRIGGS, OSB No. 98243<br>Attorney for Plaintiff Allen Chalfen<br>4900 SW Griffith Dr., Ste. 165<br>Beaverton, OR 97005<br>david@griggslawpc.com |